**Criminal Case Cover Sheet**                               **U.S. District Court - District of Massachusetts**

**Place of Offense:**     Category No. __II__     Investigating Agency  __FBI, DOJ-OIG__

**City**   Ayer                 **Related Case Information:**

**County** Middlesex            Superseding Ind./ Inf. _____   Case No. _____
                                Same Defendant _____  New Defendant _____
                                Magistrate Judge Case Number _____
                                Search Warrant Case Number _____
                                R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name   William S. Tidwell           Juvenile:  ☐ Yes  ☑ No

Is this person an attorney and/or a member of any state/federal bar:  ☐ Yes  ☑ No

Alias Name  _____

Address   (City & State)  Keane, NH

Birth date (Yr only): 1973   SSN (last4#): _____   Sex  M   Race: _____   Nationality: _____

**Defense Counsel if known:**   Brad Bailey       Address  44 School Street, Suite 100B

**Bar Number**  _____                                     Boston, MA 02108

**U.S. Attorney Information:**

**AUSA**   Kunal Pasricha                 Bar Number if applicable  _____

**Interpreter:**  ☐ Yes  ☑ No    List language and/or dialect:  _____

**Victims:**  ☐ Yes  ☑ No   If yes, are there multiple crime victims under 18 USC§3771(d)(2)  ☐ Yes  ☑ No

**Matter to be SEALED:**  ☐ Yes  ☑ No

☐ Warrant Requested        ☑ Regular Process        ☐ In Custody

**Location Status:**

**Arrest Date**  _____

☐ Already in Federal Custody as of _____ in _____ .
☐ Already in State Custody at _____  ☐ Serving Sentence   ☐ Awaiting Trial
☐ On Pretrial Release:  Ordered by: _____  on _____

**Charging Document:**   ☐ Complaint    ☑ Information    ☐ Indictment

**Total # of Counts:**   ☐ Petty — ☐ Misdemeanor — ☑ Felony  3

Continue on Page 2 for Entry of U.S.C. Citations

☑ I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date:  07/24/2023           Signature of AUSA:  *KJP*

**District Court Case Number**   (To be filled in by deputy clerk): _____

**Name of Defendant** _____

## U.S.C. Citations

| | **Index Key/Code** | **Description of Offense Charged** | **Count Numbers** |
|---|---|---|---|
| Set 1 | 18 USC 201(b)(2)(C) | Bribery in violation of official duties | 1 |
| Set 2 | 18 USC 1014 | False statements to a bank | 2 |
| Set 3 | 18 USC 1028(a)(7) | Identity theft | 3 |
| Set 4 | 18 USC 981 and 982 | Forfeiture | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:** _____

Case 1:23-cr-10193-WGY   Document 1-1   Filed 07/24/23   Page 2 of 2
JS 45 (5/97) (Revised U.S.D.C. MA 12/7/05) Page 2 of 2 or Reverse

USAMA *CRIM* - Criminal Case Cover Sheet.pdf   3/4/2013