11/27/2023

To: whom it may Concern,

My name is Craig Lawrence and I have known Stan for about 2 years now. I would also like to say that even before I met Stan, when I was preparing to transfer from my previous DSP (Sooner Transportation) to my current one (Guardian Transportation), I was told by my previous DSP's owner that I was going to a good DSP because Stan was a "Understanding Boss and a Good Christian Man".

In the last two years I have had the pleasure of knowing Stan 2 ways, meaning that not only am I an employee of Guardian transport, but I am also the Pastor of Christian Fellowship Baptist Church.

As a Pastor, Stan and I have had many spiritual conversations and while we don't agree in all points of theology what I can say is Stan lives his faith on His sleeve especially the part which says: Do onto others as you would have done onto you.

Stan's philosophy of combining his faith and his everyday life also spills out into how Stan runs his company. Stan has a trust and a faith in his employees (sometimes even to his own detriment) with one of his favorite sayings being: "If you don't like it, then I don't like it", and it is that trust which Stan has in his employees that makes the people who work for him "know" that he really cares about them, and that is a rare thing for any employee to be able to say about his or her boss.

I guess in describing Stan overall, the best bible verse I can think of would be James 2:18 which says: that some will say "You have faith, and I have works." Show me your faith without your works, and I will show you my faith by my works.

After 2 years of knowing Stan what I can say is: I can see Stan's faith by his works, and most of all what I can also say is that what I heard two years ago still remains true, and that is that Stan is: an Understanding Boss and a Good Christian Man.

Sincerely

Craig Lawrence

Pastor Christian Fellowship Baptist Church

*[signature]*

Dear Judge Young,

I have the pleasure of knowing Stan Tidwell for two years now, having met through our daughters cheer program. In that time, Stan and his family have become an extension of mine.

I am writing this letter to tell you about how Stan has impacted my life over the last two years. From the moment I met Stan, I have felt his warmth and care for not just myself, but for my children as well. While I have been going through some difficult times personally, Stan continues to check on me and my children, giving us a sense of security and love.

I have seen Stan in many settings. He is a hard-worker and is active and hands-on with his young step-children, attending all of their games and competitions, which is something he chooses to do because he loves them unconditionally. He also shows the same care to my children.

Stans warm, caring and empathetic personality is shown in every interaction with him. On a day that was very difficult for me, he and his wife were there for me in an instant and Stan took it upon himself to bring my children to get ice cream so I could have a few minutes to cry without them seeing their Mom sad. It's moments like this that he shows how big his heart is. He is a man that genuinely cares for those around him and I consider myself blessed that he has come into my life.

Thank you,

*Joanne M Mercier*

Joanne Mercier

(978)257-2197

89 Aldrich Rd.

Swanzey, NH 03446

Dear Judge Young,

I am writing this letter on behalf of Stan Tidwell who is set to appear before your court on December 7th, 2023. My name is Brittany Griswold, a friend of Stan and his wife Danielle who is my best friend. I have known them both for many years now. I have never seen my best friend so happy before. Stan is a hardworking man, an outstanding husband, a father and friend. He would give the shirt off his back to anyone in need. We have had numerous family dinners, gatherings and events together with them. Recently my husband and I went away for the first time since our son was born, five years ago. It was Stan and Danielle who stepped up and helped make that happen. They watched our son for 3 days for us including picking up and dropping him off for school, packing school lunches and bedtime stories on top of taking care of their two young children. I wouldn't have chosen anyone else for the task! I have watched him welcome Danielle's two children into his life with open arms and I have witnessed him treat them no differently than he treats his own children. He does not refer to them as his "step kids" they are just his kids. Your Honor, Stan is a good man who truly has the biggest heart of anyone I have ever met. The partnership and teamwork that I witness between Stan and Danielle in all aspects of their life is truly amazing. I could sit here and go on and on with ease because there are limitless wonderful things to be said about Stan. I am thankful you have taken the time to read my letter.

Regards,

*Brittany Griswold*

Brittany Griswold

Nicholas E. Bencivenga
43 High Plain Road
Andover, MA 01810

November 24, 2023

Honorable William G. Young
John Joseph Moakley U.S. Courthouse
1 Courthouse Way, Suite 2300
Boston, Massachusetts 02210

Dear Judge Young,

I hope this letter finds you well.

Prior to sharing my thoughts about and support for William S. Tidwell (better known as "Stan" to our family), I want to share a bit of background on my family for context. My sister, Danielle, has two children: a daughter, whose father is not in the picture, and a son, whose father is my sister's ex-husband. While Danielle has always been a hard worker having at least one job, but in some instances, more than one job, she faced challenges as she struggled to balance spending time with her children and working to provide for them. When possible, my family stepped in to assist with childcare and providing a supportive family unit for Danielle and the kids. In theory, those challenges should have been partially resolved with her first marriage, but it turns out they were exacerbated: they relocated to western New Hampshire (away from my parents and me) and her ex-husband had limited – and subsequently declining – involvement in their nuclear family life.

After my sister separated from her now ex-husband, we were introduced to Stan. As an initial matter, it is not an exaggeration to say that, within the first three months of Stan being introduced to my family, we saw him more times than we saw Danielle's ex-husband for the entirety of their dating and married relationship (5+ years). Stan's impact on our family has been, by all accounts, positive.

Danielle's children – my niece and nephew – are inherently good children. They are kind, considerate, empathetic, and compassionate. Like other young children in "dynamic" families lacking some consistency/routine where multiple parent figures may be present, Danielle's children were frequently a handful. However, Stan's presence as a partner to my sister also brought a much-needed father figure and consistency the kids needed: they are now much more apt to use words to express frustration and needs, rather than brute force; household chores are things they take pride in and do without prompt; and "respect" is a word they practice in their daily lives.

Danielle has always been a hard worker – in fact, one whose work ethic is admired by those around her – but has never been in a position to move to the next level. Stan's presence changed that. After dating for some time, they saw an opportunity to build a business in the delivery/courier business – and they were determined to succeed. They worked to gain experience in the business and, when they felt ready, launched their own business. I watched the both of them pour their heart and soul into the business working long days, weekend days, and even holidays. While I have lots of confidence that my sister can achieve great things on her own, it was impressive to see the synergistic benefit when they teamed up to build their business.

Beyond our family, I have also seen Stan have a positive impact on his community. As they built their business, they were also building their reputation. This meant that for the early part of their entrepreneurial career, they did not have the cachet or brand recognition to recruit the ideal talent. So,

Page 1 of 2

they doubled down on their efforts: instead of operating a churn-and-burn employment model, they hired individuals who showed potential and Stan trained and developed those individuals to be competent and reliable employees. In fact, some have become so competent and reliable, that Stan and Danielle can now breathe easily when taking time off. In the early days, at least Stan was always working. One of their employees went from a reserved, dependable employee to a confident operations manager who they frequently rely on. I attribute this team building and talent fostering and retention to the atmosphere that Danielle and, *in particular Stan*, have cultivated at their business.

Many people – including very close members of my family who I deeply care about – count on him. He brings stability and opportunities to numerous individuals and his absence, as he serves his sentence, will certainly be felt by all.

I hope the above provides an adequate glimpse of the positive impact Stan has had on my family and the community and that you take this into consideration as you decide on a sentence for Stan.

Should you have any questions or want to discuss further, I invite you to contact me at the telephone number listed below.

Thank you for your time and careful consideration of this letter.

With best regards,

Nicholas Bencivenga
603-361-3896

November 27, 2023                                                                                    Honorable William G. Young

Dear Honorable Judge Young:

This letter is in regards to my brother-in-law, Stan Tidwell. I have had the pleasure of being Stan's sister-in-law for 30 years. When I first met Stan, he was a scrawny 18-year-old kid. He impressed me back then as to how responsible he was at such a young age. He was operating his own lawn care company. He grew and ran the small business for over 7 years but when he needed health insurance for his wife and two children, he accepted a job with the Federal Bureau of Prisons.

As a father, Stan excelled. Over the years, I watched Stan attend every sporting event that his son and daughter participated. He also gave of his time by volunteering as the team coach for both his son's baseball team and his daughter's soccer team. There were many children who benefited from Stan volunteering his precious time to coach all of the practices and games.

His son, Ryan, and daughter, Haley, are now young adults and have become responsible young citizens. Stan is also a new grandfather to Ashton who is only 1 year old. He loves his grandson more than life.

In my 56 years of life, I have learned that we all make mistakes. Some mistakes are big, some are small. For most of us, we learn from our mistakes as we are able to look back and find that we would have made better choices if we had the opportunity for a do over. I am sure this is true for Stan as he can clearly see that better choices could have been made. He is a very good man and even good men make mistakes.

Sincerely,

*Karen K. Bell*

Karen K. Bell

Ernest A. Bencivenga
244 Whitehall Road
Hooksett, NH 03106

November 28, 2023

Honorable William G. Young
John Joseph Moakley U.S. Courthouse
1 Courthouse Way, Suite 2300
Boston, MA 02210

Dear Judge Young,

I first met Stan Tidwell when he first began dating my daughter, Danielle five years ago in 2019. During this time, I found Stan to be a good person, a hard worker, and a positive role model for Danielle's children Mia (12yo) and Mario (9yo). Stan is as involved in their lives as if they were his own children. He attends all the kids' functions and is invested in their lives. Stan loves my daughter and her kids, and they love him. The four of them are always doing things together. The four of them make a very nice family. Stan has two grown children from a previous marriage, a daughter and son. I have never met his daughter Haley (she lives in Florida) but I have met his son Ryan who lives locally. He is a nice person as well which is reflective of his upbringing.

While Stan and Danielle were dating Stan was employed by an Amazon delivery service and Danielle was a dental assistant. While employed at the delivery service, Stan quickly learned the business with the assistance of his employer and support from Danielle. They decided together to launch their own Amazon delivery service. The two of them worked very hard to get the business up and running but never forgot they were a family and struck a balance. The balance worked because today the business is doing very well as is their family. Much of their success is how Danielle and Stan complement each other in a positive manner whether it is in business, family or with each other. The additional benefit to their successful business is employment for about 40 local employees.

In 2022 Stan asked for my permission to marry my only daughter and her kids. I felt at ease giving him my permission. Stan has been a positive influence for my grandchildren and my daughter. Stan will go out of his way to help anyone and overall is a good person.

I hope I have successfully described the type of person Stan is and the positive impact he has had on those around him when you are making your sentencing decision. I know my daughter and grandchildren will be devastated if he goes away.

If you have any questions, please feel free to contact me.

Sincerely,

Ernie Bencivenga
603-315-6675
ernie.bencivenga@gmail.com

This letter is addressed to the Honorable Judge Young.

I, Ryan Tidwell, want to take the time to write this letter to discuss my father, William Stanley Tidwell, and tell you about the outstanding man that he is.

My father since I was young has always been someone I've looked up to in many ways. For starters, he's a very selfless man. He always wants those around him to be happy. No matter the sport my sister or I played, he always wanted to be there. He was my baseball coach from when I was 6 years old, and continued all throughout middle and high school, as well as travel teams throughout. He was also a coach for me in football, and even went into owning a cheerleading gym for my sister and I. He did it for many reasons, but one of the most notable was to watch the kids have fun, far beyond his own, but to see all the kids on the team have fun. He opened a cheer gym with no knowledge of cheer before, but he wanted the kids to have the opportunity to still cheer as a previous cheer gym was closing. He was thanked by the parents during the time, and has even had his former players and cheerleaders reach out in recent years to thank him for being their coach, still happy to call him Coach Stan.

My father raised my sister and I with great structure growing up, and let us know the value of things as we did them. We had chores growing up as most kids do, but let us know the value in those chores, so that when we did grow up and begin life on our own, we knew the necessary things to do. Having that structure and discipline in my life is something I'm extremely grateful for my father teaching me.

My father has even gone above and beyond for me in my adult life. He loves to have me over to his house to either make or take me out to dinner, watch my dog for me if I'm away on

1

vacation or a work trip, and even let me move back in with him rent free for 10 months while I was transitioning out of the military. He didn't have to do any of those things, but his value of family is something I'll be forever grateful for, and what is possibly one of his most admirable attributes. Family is something that you can't choose, but I know that I lucked out with an amazing father that I get to call my best friend. He always made sure to do his best for his family, and a big reason why he's always earned great respect from others. His character, attitude, compassion, and strength are few of the many things that are loved by so many around him, and are all things I still look up to my father about and how I want to be like him.

People get to call him many things, a son, a brother, a friend, but I get the pleasure of calling him dad, and I'm blessed every day to call such an amazing, standout man that.

Signed,

Ryan Collins Tidwell

2

To The Honorable William G. Young:

Dear, Judge Young

    Knowing Mr. Tidwell better than I know myself; I can honestly say that he would have no problem acquiring 1,000 letters from people all over the country expressing how amazing this man is. While the number required is a lot less than 1,000, I have no problem expressing my love and dedication to him. To be quite frank, I don't even know where to start.

I've gone through my whole life knowing that I am capable of doing bigger and better things, yet no one has ever quite given me the opportunity to do so. Either based off my age, inexperience, or personality. In 2021 I was working as an Amazon driver for a company who I've been with for about a year and a few months. I realized quickly that I was not meant for the job, and I needed to use my brain and personal abilities/strengths for something with more responsibility. Upon asking my superiors for a chance at a management position, I was told there was no position available for me. So, naturally, I continued my delivery position with an open eye on something more fulfilling. I was informed by a member of the Amazon warehouse staff that there was a brand-new company that just came in and I saw that as an opportunity to introduce myself and offer my experience and knowledge. This new company just happened to be Guardian Logistics, owned and operated by Mr. Tidwell.

I called him up and asked if I could come meet with him hoping I could sell him on my charismatic personality. It honestly didn't take much. He was incredibly open to having me join his team, starting as a driver, and in his words, "show me what you got.". I did just that. Not only did I almost immediately start training his new drivers, but was very quickly promoted to dispatch manager, then an operations manager, and then finally the director of operations. He worked with me, trained me, coached me, encouraged me, celebrated me, and SAW ME. Never in my life have I had someone have so much faith in me. He was the only person who looked at me and saw what I knew I had. He gave me that opportunity that no one

else was willing to give. I am *so incredibly* thankful and overwhelmed with emotion based off him taking a chance with his company and trusting to put it in my hands.

This is the first time in my life that I can say I actually like my job and look forward to coming to work. This is just the tip of the iceberg though. Working so closely with Mr. Tidwell and spending so much time professionally, we obviously became very close. He has welcomed me into his home, and I can **confidently** say that he is my family. He is my rock. My best friend. My teammate. My partner. You obviously don't know me but hope you can trust me when I say that I don't know anyone else on this planet with a bigger heart than him. The most selfless, giving person I've had in my life. I've witnessed repeatedly him putting others first despite how he's feeling or what his needs are. It could be -30 degrees outside, and he would give anyone the clothes off his back to keep them warm. I'm sure you've heard all these generic words before in your time of being a judge, however, even with them being somewhat of a cliché, these are words I mean with all my heart.

I've seen this man pay for a hotel for one of his employees who was living out of his car with his wife and dog. I've seen him spend hundreds of his own dollars to pay for car repairs for his employees who've needed it. I've seen him give single mothers, felons, recovered drug addicts, people with physical disabilities a chance in life by offering them a job. Did some of these people repeatedly screw up? No call no show? Call out several times? Absolutely. Did he give them at least one more chance? Absolutely. Why? Because he believed in them and knew that they just needed these opportunities to better themselves.

I think one of the things that I love so much about Mr. Tidwell is that he did not have a great, warm, welcoming, peaceful, loving, prosperous upbringing. His childhood was not ideal for a child/teenager to grow up in. Stan uses these experiences in his own life and applies the good to his now wonderful adulthood. He sees people struggle and has empathy for them because he **knows** what that's like. He understands all that pain, suffering, and struggle. He sees it, and he does anything he can to reach out a hand to them. No questions asked. It's an incredibly beautiful thing to witness. It makes me so proud to know him, spend

CamScanner

time with him, and call him my best friend. His energy and heart radiate warmth and you can feel it just by standing next to him. You can see it in his eyes. You hear it in his words.

I am here to express how much Mr. Tidwell means to *so* many people. He's everyone's favorite. Seeing how much he loves his children and family really touches my heart. The love, attention, and support he has *always* given his children is something I've never seen. He doesn't want his children to experience anything that he did as a child. He has created the complete opposite experience for his kids. Any time of day or day of the week, if they call him, he's there. And he always tells them he loves them. Some may say this is him just spoiling his kids. Which, sure, maybe it is, but these children have grown into such amazing hard-working adults. Haley and Ryan are very special to me. You can tell just by spending a few minutes with them that they had such a good and loving childhood with Stan as their father and they love him to pieces. Like something you see in a Christmas Hallmark movie. Laughter, love, smiles, and warmth.

In conclusion, I feel as if reading all these letters from those closest to him, you'll probably get all the same words that I have written. It is so easy and natural to be typing these words out and I'm sure everyone else feels the same. I don't have to sit here and think of nice things he has done or said. I just pours out of me like a faucet because every word is the truth. Thank you so much for taking the time to read these letters. I hope you have a wonderful holiday.

Sincerely,
    Stephanie LaRochelle

Dear Honorable Judge Young,

I would like to offer my enthusiastic reference for William Tidwell which I have had the pleasure to get to know over the past years.

Throughout my interactions with William, I was consistently impressed by his tenacity, work ethic and commitment to his family. He is always ready to go at moment's notice for all the various children's events and after event gathers.

William always pays attention to the details at events, is flexible when there were schedule changes, and we always work well together. He is a confident individual of strong character who lives his life with integrity and as a branch manager of a bank I wouldn't make this statement lightly.

Since I've known him, William has proven to be nothing short of capable, hardworking and an all-around kind individual. I know I can always depend on him and trust his judgment.

Sincerely,

Normand Mercier